In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00057-CV
_____

**RUSSELL WAYNE GILES AND MARY FRANCES GILES, Appellants**

**V.**

**DAVID STRICKLAND, Appellee**

_____

**On Appeal from the County Court at Law No. 2**
**Liberty County, Texas**
**Trial Cause No. CV1813015**

_____

**MEMORANDUM OPINION**

Russell Wayne Giles and Mary Frances Giles, Appellants, filed a notice of appeal on February 14, 2024, from a final judgment signed on February 7, 2024. Despite written notice from this Court and an opportunity to cure, to date, Appellants have neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellants did not respond to the Court's notice.

1

Appellants did not file a statement of inability to pay costs and have not shown that they are entitled to proceed without payment of costs. *See id*. 20.1. Furthermore, Appellants failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id*. 42.3(c). There being no satisfactory explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See id*. 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 24, 2024
Opinion Delivered April 25, 2024

Before Golemon, C.J., Johnson and Wright, JJ.